NO. _____

| | | |
|---|---|---|
| JAVIER DE LA ROSA, JR. | § | IN THE TEXAS COURT RECEIVED IN |
| PETITIONER | § | COURT OF CRIMINAL APPEALS |
| | § | |
| VS. | § | OF MAR 23 2015 |
| | § | |
| THE STATE OF TEXAS, | § | Abel Acosta, Clerk |
| RESPONDENT | § | CRIMINAL APPEALS |

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, JAVIER DeLA RosA, Jr., Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the _107TH_ District Court of _CAMERON_ County, Texas of the offense of _MURDER_ in Cause No. _11-CR-17-A_, styled The State of Texas vs. _JAVIER DeLaRosA, Jr._ The Petitioner appealed to the Court of Appeals, _13TH_ Supreme Judicial District, Appeal No. _13-12-00368-CR_. The case was affirmed _FEBRUARY 12, 2015_.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

### II.

The present deadline for filing the Petition for Discretionary Review is _MARCH 12, 2015_ The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until _02/20/2014_. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal,

REBECCA RUBANE            , has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 13-12-00368-CR to MAY 12, 2015

Respectfully submitted,

Petitioner Pro Se
TDCJ # 1781303
Texas Department of Criminal Justice
FERGUSON UNIT
12120 SAVAGE DR.
MIDWAY, TX 75852

## CERTIFICATE OF SERVICE

I, _Javier De La Rosa_ , do hereby certify that a true and correct copy

of the above and foregoing Motion for Extension of Time to File a Petition for

Discretionary Review, has been forwarded by United States Mail, postage

prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin,

TX    78711, and  the  District  Attorney  for  _Cameron_  County,

_974 E. Harrison St.; Brownsville, TX 78520_ on this the _3_

day of _18th_ , 20 1 5.

X _Javier De La Rosa Jr._
Petitioner Pro Se